**RICKEY IVIE, ESQ. (SBN 76864)**
Email: rivie@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, CA  90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

JS-6

Attorneys for Plaintiff
**VICTORIA ADHARA WALL**

# UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ADHARA WALL, individually, <br><br> Plaintiff <br> vs. <br><br> CITY OF WHITTIER, a municipal corporation; WHITTIER POLICE DEPARTMENT, a political subdivision of the City of Whittier; DETECTIVE CHAD HOEPPNER, individually and in his official capacity. <br><br> Defendants/Respondents. | CASE NO.: **2:19-cv-6344-RGK-AS** <br> [Hon. R. Gary Klausner] <br><br> [~~PROPOSED~~] **ORDER RE JOINT STIPULATION FOR DISMISSAL OF REMAINING CAUSE OF ACTION WITHOUT PREJUDICE** |

-1-
[PROPOSED] ORDER

Pursuant to the Joint Stipulation for Dismissal of the Remaining Cause of Action Without Prejudice, Plaintiff's claim for Conversion is HEREBY DISMISSED without prejudice.

**IT IS SO ORDERED**.

Dated: October 8, 2021

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE